```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY


ROBERT L. JENKINS, et al.,    :
                              :    Civil Action No. 10-0366 (RBK)
          Plaintiffs,         :
                              :
     v.                       :    ORDER
                              :
LOWE'S HOME CENTER, INC.,     :
et al.,                       :
                              :
          Defendants.         :    CLOSED
```

For the reasons expressed in the Opinion filed herewith,

IT IS on this  26th  day of   July  , 2010,

ORDERED that Plaintiff's application to proceed in forma pauperis is hereby granted, pursuant to 28 U.S.C. § 1915(a) and (b), for the limited purpose of filing and transferring this Complaint, and that the question whether to permit Plaintiff to proceed in forma pauperis is left to the discretion of the transferee court; and it is further

ORDERED that the Clerk of the Court shall file the Complaint without prepayment of fees or security; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(b), the Clerk shall serve a copy of this Order by regular mail upon the Attorney General of the State of New Jersey and the warden of Southern State Correctional Facility; and it is further

ORDERED that this action is TRANSFERRED to the United States District Court for the Middle District of Georgia; and it is further

ORDERED that the Clerk of the Court shall close the Court's file in this action.

                                                <u>s/Robert B. Kugler</u>
Robert B. Kugler
United States District Judge